UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ISSAC DENSON,
    Plaintiff,

vs.                                                                 02-1404

MAGGIE BRIAN, et al.,
    Defendants.

ORDER

This cause is before the court for consideration of the plaintiff's two pending motions to proceed in forma pauperis on appeal. [d/e 83, 84]

On September 21, 2004, the court granted the defendants' motions to dismiss the complaint. On October 25, 2004, the plaintiff filed a notice of appeal stating that he wished to appeal this decision. On November 3, 2004, the plaintiff filed another notice of appeal over the same decision. On November 19, 2004, the plaintiff filed a motion for leave to proceed in forma pauperis on appeal. On January 24, 2005, the United States Court of Appeals for the Seventh Circuit dismissed the plaintiff's second notice of appeal.

The plaintiff was given time to file a brief stating his grounds for appeal. The plaintiff asked for additional time which was granted. On August 19, 2005, the court denied the plaintiff's motion for leave to appeal in forma pauperis.

On October 3, 2005, the plaintiff filed another motion for leave to proceed in forma pauperis on appeal. [d/e 83] The plaintiff provided no new information. The court had previously denied the plaintiff's motion and the plaintiff did not pay the appeal fee within the required time frame. The motion is denied.

On October 28, 2005, the plaintiff filed yet another notice of appeal stating that he was appealing the court's decision to dismiss his case and he filed another motion for leave to proceed in forma pauperis on appeal. The plaintiff has again not stated his ground for appealing the decision.

As the court has previously stated, it cannot find a good faith basis for appeal. Under 28 U.S.C. § 1915(a)(3), the court is required to determine if the plaintiff's appeal is taken in good faith. "Good faith" within the meaning of § 1915(a)(3) is not about the plaintiff's sincerity in requesting appellate review. Rather, an appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues. *See* <u>Cruz v. Hauck</u>, 404 U.S. 59, 62 (1971); *see also* <u>Coppedge v. United States</u>, 369 U.S. 438, 445 (1962).

The United States Court of Appeals for the Seventh Circuit has ruled that where the appellant was authorized to proceed in forma pauperis in the district court, a district judge who doubts that the appeal is in good faith should give the plaintiff an opportunity to submit a statement of his grounds for appealing. See Celske v. Edwards, 164 F.3d 396 (7th Cir. 1999).

The court will allow the plaintiff fourteen days to submit a brief stating his grounds for appeal. The plaintiff was aware from his previous filings that he needed to provide the court with the basis for his appeal. No continuances will be granted.

IT IS THEREFORE ORDERED that:

1) The plaintiff's repetitive motion for leave to proceed in forma pauperis on appeal is denied. [d/e 83]

2) The plaintiff is ordered to submit a brief informing the court of his grounds for appealing within fourteen (14) days from the date of this order. If the plaintiff fails to respond within the time specified, the court will make an assessment of the issue of good faith without further consideration. No continuances will be granted.

Entered this 7th day of November, 2005

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE